[L. A. No. 9190. In Bank.—April 22, 1927.]

J. H. McKIM et al., Respondents, v. IMPERIAL IRRIGATION DISTRICT et al., Defendants; C. W. BROCKMAN, Appellant.

[1] IRRIGATION DISTRICTS—BOUNDARIES.—The judgment appealed from in this case having been reversed in *McKim et al.* v. *Imperial Irrigation District et al., ante*, p. 110, the questions presented herein are held to be moot and the appeal is ordered dismissed.

APPEAL from a judgment of the Superior Court of Imperial County. Charles S. Burnell, Judge Presiding. Appeal dismissed.

The facts are stated in the opinion of the court.

Hugh S. MacKinnon for Appellant.

Ault & Anderson, Philip C. Sterry and Harry W. Horton for Respondents.

LANGDON, J.—[1] This appeal is from the identical judgment involved in the case of *McKim* v. *Imperial Irriga-*

*tion District et al., ante,* p. 110 [255 Pac. 506], and is submitted upon the transcript and briefs filed in said case. The facts material to this appeal are set forth fully in the decision just referred to, and reference to the same will suffice here. The judgment appealed from having been reversed in the companion case, further consideration of it upon this appeal becomes unnecessary and the questions presented by appellant herein become moot.

Accordingly, this appeal is dismissed.

Curtis, J., Preston, J., Richards, J., Waste, C. J., and Seawell, J., concurred.

Shenk, J., being disqualified, did not participate herein.